No. 85–2094. SHARP ELECTRONICS CORP. *v.* BUSINESS ELECTRONICS CORP. C. A. 5th Cir. Certiorari denied. █

No. 86–484. WESTMAN COMMISSION CO. *v.* HOBART INTERNATIONAL, INC. C. A. 10th Cir. Certiorari denied. █

No. 86–794. GARMENT DISTRICT, INC. *v.* BELK STORES SERVICES, INC., ET AL. C. A. 4th Cir. Certiorari denied. █

No. 86–1101. MCCABE'S FURNITURE, INC. *v.* LA-Z-BOY CHAIR CO. C. A. 8th Cir. Certiorari denied. █

No. 87–323. SOKOLOV *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. █

No. 87–610. ISAKSEN, DBA APPLEWOOD STOVE WORKS *v.* VERMONT CASTINGS, INC.; and
No. 87–728. VERMONT CASTINGS, INC. *v.* ISAKSEN, DBA APPLEWOOD STOVE WORKS. C. A. 7th Cir. Certiorari denied. Reported below: 825 F. 2d 1158.

No. 87–1217. LORENZINI ET UX. *v.* NEW JERSEY. Super. Ct. N. J., Bergen County. Certiorari denied.

No. 87–1281. GRIFFIN ET AL. *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied. █

No. 87–1311. LAU ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. █

No. 87–1331. PAN-AMERICAN LIFE INSURANCE CO. ET AL. *v.* BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 5th Cir. Certiorari denied.